**File Hashes for IP Address 173.79.237.85**

**ISP:** Verizon Online, LLC
**Physical Location:** Potomac, MD

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 05/11/2015 11:11:34 | 4CBE8879EDEEC66D681CC570CD3434B1CE7788AA | X-art Unauthorized Pack #89 |

**Total Statutory Claims Against Defendant: 127**

EXHIBIT A

MD478